Exhibit B-1

## Jefferson House Financial Forecast

### Project Summary

| | | |
|---|---|---|
| Partnership Name | Urban Macomb Limited Partnership | Jefferson House |
| Property Location | | Macomb, Illinois |
| # of Units | | 115 |
| # of Residential Buildings | | 1 |
| Projected Start Date | | 8/15/2003 |
| Projected Completion Date | | 8/15/2003 |
| Base Year (January 1st in year of operations commencement) | | 1/1/2003 |
| # of Months of Construction | | 0 |

**Tax Credit Information:**

| | | |
|---|---|---|
| Credit % | Fixed? ☑ Yes ☐ No | 3.54% May '02 |
| Credit Allocation Amount | | 262,801 per 8609 filing |
| Difficult Development Area/QCT | | 100% |
| Low Income Percentage | | 93.91% |
| State Credit Cap | | - |
| Tax Rate | | 35% |
| Depreciation: | | |
| | Real Property | 27.5 |
| | Personal Property | 5 |
| | Site work | 15 |

| | |
|---|---|
| File Path | O:\TAX CREDIT UNDERWRITING\Deals In Progress\Jefferson House\Partnership Agreement\[Jefferson House Financial Forecast.xls]Summary |

### Financing Assumptions

| | | |
|---|---|---|
| Permanent Loan | | 5,988,600 |
| Interest Rate | Fixed? ☑ Yes ☐ No | 5.5000% |
| Mortgage Insurance Premium | | 0.5000% |
| Amortization | | 468 |
| Term | | 480 |
| Commencement Date | | 4/1/2002 |
| Months in Base Year | | 9.00 |
| Base Year Net Operating Income | | 416,692 |
| Annual Debt Service | | 402,828 |
| Base Year DSC | Cap Rate | 1.034 |
| Base Year LTV | 9.00% | 1.29 |
| Developer Fee | | 874,410 |
| Developer Fee Paid | | 859,004 |
| Deferred Developer Fees | | 15,406 |
| Repayment from Cash Flow | | 100.00% |
| Interest Rate | | 5.05% |
| Amortization | | 180 |
| Term | | 180 |
| Commencement | | 1/1/2003 |

**Jefferson House Financial Forecast**

### Sources and Uses of Funds (for Basis Calculation)

| Sources: | | Uses: | Depreciable Term | Total Expense | Capitalized Expenses | Amortized Expenses | Non-Amortized Expenses |
|---|---|---|---|---|---|---|---|
| Capital Contribution | 2,048,208 | Land and Building Purchase: | | | | | |
| Permanent Loan | 5,988,800 | Land Acquisition | | 75,000 | | | 75,000 |
| Taxable Bond | | Building Acq. | | 5,025,000 | 5,025,000 | | |
| Seller Note | | Demolition | | - | - | | |
| Grant Financing | | Other: | | - | - | | |
| 2nd Mortgage | | Site Work: | | | | | |
| Soft Financing #4 | | Site Work w/Landscaping (15 yr.) | | | | | |
| Deemed Capital | | Site Work and Landscaping (27.5 yr.) | | 11,854 | 11,854 | | |
| Deferred Developer Fee | 15,405 | Other: Offsite Work | | - | - | | |
| Remaining GP Capital Account | 352,998 | Rehab and New Construction: | | | | | |
| Release of Replacement Reserves | | Rehabilitation Costs | | 1,243,776 | 1,243,776 | | |
| Recce Release | | Accessory Buildings | | - | - | | |
| Accrued Interest | - | Payment and Performance Bond | | 13,016 | 13,016 | | |
| Equity Escrow Earnings | | General Requirements | 0.00% | - | - | | |
| Other | | Builder's Overhead | 1.85% | 24,559 | 24,559 | | |
| Cash from Operations | 211,880 | Builder's Profit | 3.70% | 49,118 | 49,118 | | |
| | | Construction Management | | | | | |
| | 8,618,092 | Contingency: | | | | | |
| | | Construction Contingency | 0.70% | 9,305 | 9,305 | | |
| | | Soft Contingency | 0.00% | - | - | | |
| | | Construction w/o Engineering: | | | | | |
| | | Architectural Fees, Design, & MEP | | 60,575 | 60,575 | | |
| | | Architectural Fees Supervision | | 18,125 | 18,125 | | |
| | | Real Estate Legal & Accounting | 480 | 2,923 | 2,923 | | |
| | | Landscaping | | - | - | | |
| | | Civil Engineering & Survey, HVAC Engineering | | 9,850 | 9,850 | | |
| | | Interim Costs: | | | | | |
| | | Construction Period Insurance | | 4,651 | 4,651 | | |
| | | Construction Interest | 1 | 206,518 | 40,833 | 154,685 | |
| | | Construction Loan Origination | | - | - | | |
| | | Inspection Fees | | 7,114 | 7,114 | | |
| | | Construction Advance Interest | 1 | - | - | | |
| | | Title & Recording | 480 | 11,378 | 11,378 | | |
| | | Legal Fees | 216 | - | - | | |
| | | Negative Arbitrage | 480 | - | - | | |
| | | Other | | - | - | | |
| | | Finance Fees and Expenses: | | | | | |
| | | Rating Agency Fees | 480 | - | - | | |
| | | Title & Recording | 480 | - | - | | |
| | | Origination Fee | 480 | 79,432 | | 79,432 | |
| | | Application Fee | 480 | - | - | | |
| | | Underwriters Fee | 480 | - | - | | |
| | | Bond Cost of Issuance | 480 | 413,603 | | 413,603 | |
| | | Bond, Undwr, & Issuer Counsel | 480 | - | - | | |
| | | Lender's Counsel & Processing | 480 | 29,943 | | 29,943 | |
| | | Other | 480 | - | - | | |
| | | Soft Costs: | | | | | |
| | | Survey | | - | - | | |
| | | Market Study | | - | - | | |
| | | Environmental Study/Soils Report | | 1,499 | 1,499 | | |
| | | Tax Credit Fee | 180 | 17,865 | | 17,865 | |
| | | Appraisal | | 14,575 | 14,575 | | |
| | | Other: Real Estate Taxes | | 1,215 | 1,215 | | |
| | | Other: Misc. | | - | - | | |
| | | Other: Contingency | | - | - | | |
| | | Accounting/Cost Certification | 1 | 5,000 | | 5,000 | |
| | | Other: Legal | | - | - | | |
| | | Organization and Syndication: | | | | | |
| | | Legal (Org.) | 60 | 17,500 | | | 17,500 |
| | | Legal (Syndication) | | - | - | | |
| | | Third Party Reports (2003) | 1 | 2,860 | | 2,860 | |
| | | Reznick Fedder Silverman | 60 | 2,000 | | 2,000 | |
| | | Tax Opinion | 180 | 2,500 | | 2,500 | |
| | | RCM Administration Fees | 60 | - | - | | |
| | | Developer Fees: | | | | | |
| | | Developer Fees | 65.78% | 874,410 | 874,410 | | |
| | | Developer Overhead | | - | - | | |
| | | Developer Fee | | - | - | | |
| | | Financial Consultant | 60 | - | - | | |
| | | Project Reserves & Other: | | | | | |
| | | Restabilization Reserve | 25% of Projected Deficit | 221,000 | | | 221,000 |
| | | HUD Required Deposits | | 57,930 | | | 57,930 |
| | | Marketing / Lease-up Fees | 60 | - | - | | |
| | | MIP (1st Year Paid) | | - | - | | |
| | | Operating Reserve | 3 Months of Op Exp | 105,000 | | | 105,000 |
| | | Furniture and Fixtures: | (per unit cost) | - | - | | |
| | | Personal Property | | - | - | | |
| | | Office Furniture | | - | - | | |
| | | Flooring | | - | - | | |
| | | | | 8,618,092 | 7,423,774 | 717,888 | 476,430 |

### Actual Closing/Distribution of Funds Sources and Uses (Settlement Statement)

**Sources**

| | |
|---|---|
| 1. Capital Contribution | 2,048,208 |
| Total Sources | 2,048,208 |

**Uses**

| | |
|---|---|
| 1. Admittance of Provident Tax Credit Fund to Existing Partnership | |
| Legal Costs (Incoming Partners) | 17,500 |
| New Tax Opinion | 2,500 |
| Due Diligence Costs (Incoming Partners) | 2,860 |
| Accounting Review | 2,000 |
| Equity Loan Interest | 9,131 |
| 2. Reserves | |
| Operating Reserves | 105,000 |
| Restabilization Reserves | 221,000 |
| 3. Return of Class A Limited Partner's Capital | 629,213 |
| 4. Developer Fee Paid | 858,004 |
| Total Uses | 1,048,208 |

| | |
|---|---|
| Class A Limited Partner's Capital per 2002 Audit | 827,872 |
| Remaining Class A LP Capital Account as of 5/15/2003: | (1,341) |
| Actual Capital Invested by Urban in Transaction: | 1,183,211 |
| Undentified Capital Account Transactions: | 388,329 |

| | |
|---|---|
| 2001 Loss | 157,385 |
| 2002 Loss | 193,380 |
| Distribution | 4,564 |
| Total | 388,329 |

## Jefferson House Financial Forecast

### Capital Contribution Schedule

| Payment Date | Net Investor Equity | % of Net Equity |
|---|---|---|
| 8/15/2003 | - | 0.00% |
| 9/1/2003 | - | 0.00% |
| 10/1/2003 | - | 0.00% |
| 11/1/2003 | - | 0.00% |
| 12/1/2003 | - | 0.00% |
| 1/1/2004 | 2,048,208 | 100.00% |
| 2/1/2004 | - | 0.00% |
| 3/1/2004 | - | 0.00% |
| 4/1/2004 | - | 0.00% |
| 5/1/2004 | - | 0.00% |
| 6/1/2004 | - | 0.00% |
| 7/1/2004 | - | 0.00% |
| 8/1/2004 | - | 0.00% |
| 9/1/2004 | - | 0.00% |
| 10/1/2004 | - | 0.00% |
| 11/1/2004 | - | 0.00% |
| | 2,048,208 | 100.00% |

$0.830   net cents per $1.00 of tax credits.

### Syndication Percentages

**% of Ownership**

| | |
|---|---|
| General Partners | 0.010000% |
| SLP | 0.010000% |
| Investor - Fund | 99.9800000% |
| - Fund GP | 0.0099980% |
| - Fund Investor | 99.9700020% |
| | 100.0000% |

**Cash Flow Distribution:**

| | |
|---|---|
| General Partners | 90.0000% |
| SLP | 0.0010% |
| Investor - Fund | 9.9990% |
| - Fund GP | 0.0009999% |
| - Fund Investor | 9.9980001% |
| | 100.0000% |

**Loss Allocation:**

| | |
|---|---|
| General Partners & SLP | 0.0100% |
| Investor - Fund | 99.9900% |
| - Fund GP | 0.0099990% |
| - Fund Investor | 99.9800010% |
| | 100.0000% |

**LIHTC and Depreciation Allocation:**

| | |
|---|---|
| General Partners & SLP | 0.0100% |
| Investor - Fund | 99.9900% |
| - Fund GP | 0.0099990% |
| - Fund Investor | 99.9800010% |
| | 100.0000% |

**Sales Proceeds Distribution:**
% after return of positive capital

| | |
|---|---|
| General Partners | 90.0000% |
| SLP | 0.0010% |
| Investor - Fund | 9.9990% |
| - Fund GP | 0.00099990% |
| - Fund Investor | 9.99800010% |
| | 100.0000% |

## Jefferson House Financial Forecast

### Rental Income

| # of Bedrooms | AMI Level | # of Units | Maximum Gross Rent per Month | Maximum Utility Allowance | Maximum Net Rent per Month | Underwritten Net Rent | Underwritten Total Rent per Month | Underwritten Sq. Ft. per Unit | Underwritten Total Sq. Ft. | Rent Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0% | - | - | - | - | - | - | - | - | 0.00 |
| 1 | 60% | 92 | 547 | 28 | 519 | 618 | 56,856 | 525 | 48,300 | 1.18 |
| 1 | 60% | 12 | 547 | 28 | 519 | 618 | 7,416 | 570 | 6,840 | 1.08 |
| 1 | 60% | 4 | 547 | 28 | 519 | 618 | 2,472 | 575 | 2,300 | 1.07 |
| 3 | 0% | - | - | - | - | - | - | - | - | 0.00 |
| 3 | 0% | - | - | - | - | - | - | - | - | 0.00 |
| 4 | 0% | - | - | - | - | - | - | - | - | 0.00 |
| 4 | 0% | - | - | - | - | - | - | - | - | 0.00 |
| 1 | MKT | 6 | - | - | - | 618 | 3,708 | 525 | 3,150 | 1.18 |
| 1 | MKT | - | - | - | - | 618 | - | 570 | - | 1.07 |
| 1 | MKT | 1 | - | - | - | 618 | 618 | 575 | 575 | 1.07 |
| 4 | MKT | - | - | - | - | - | - | - | - | 0.00 |
| Manager's Unit | 0% | - | - | - | - | - | - | - | - | 0.00 |

| Totals | | 115 | | 4,032 | | 618 | 71,070 | | 61,165 | |
|---|---|---|---|---|---|---|---|---|---|---|

| Low Income Units | 108 | | | Underwritten Annual Rental | 852,840 | | Low Income Square Ft. | 57,440 | |
|---|---|---|---|---|---|---|---|---|---|
| % Low Income based on Units | 93.91% | | | | | | | | |
| % Low Income based on Sq. Ft. | 93.91% | | | AMI: | 48,600 | | McDonough County 2003 | | |
| | | | | 4 Person Very Low-Income: | 24,300 | | | | |

### Rent-Up Schedule

| Month | # of Units Rented | Pct. Physical Occupancy | Pct. Units Qualified | Rental Income 618.00 | Other Income 6.74 | Operating Expenses 197.18 | Fed Tax Credits 178.82 |
|---|---|---|---|---|---|---|---|
| 01/2003 | 115 | 100% | 0% | 71,070 | 775 | 26,763 | - |
| 02/2003 | 115 | 100% | 0% | 71,070 | 775 | 26,763 | - |
| 03/2003 | 115 | 100% | 0% | 71,070 | 775 | 26,763 | - |
| 04/2003 | 115 | 100% | 0% | 71,070 | 775 | 26,763 | - |
| 05/2003 | 115 | 100% | 0% | 71,070 | 775 | 26,763 | - |
| 06/2003 | 115 | 100% | 0% | 71,070 | 775 | 26,763 | - |
| 07/2003 | 115 | 100% | 0% | 71,070 | 775 | 26,763 | - |
| 08/2003 | 115 | 100% | 100% | 71,070 | 775 | 26,763 | 20,564 |
| 09/2003 | 115 | 100% | 100% | 71,070 | 775 | 26,763 | 20,564 |
| 10/2003 | 115 | 100% | 100% | 71,070 | 775 | 26,763 | 20,564 |
| 11/2003 | 115 | 100% | 100% | 71,070 | 775 | 26,763 | 20,564 |
| 12/2003 | 115 | 100% | 100% | 71,070 | 775 | 26,763 | 20,564 |
| Total/Average | 115 | 100% | 42% | 852,840 | 9,300 | 321,156 | 102,822 |
| 01/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 02/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 03/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 04/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 05/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 06/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 07/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 08/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 09/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 10/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 11/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| 12/2004 | 115 | 100% | 100% | 72,491 | 791 | 27,545 | 20,564 |
| Total/Average | 115 | 100% | 100% | 869,897 | 9,486 | 330,540 | 246,772 |

### Income

| | |
|---|---|
| Year of Operations Commencement | 2003 |
| Base Rental Income | 852,840 |
| 1st Year Rental Income | 852,840 |
| 2nd Year Rental Income | 869,897 |
| 3rd Year Rental Income | 887,295 |
| HAP Rent Inflation Factor | 102.00% |
| LIHTC Rent Inflation Factor | 103.66% |
| Normal Inflation Factor | 102.00% |
| Base Other Income | 9,300 |
| 1st Year Other Income | 9,300 |
| 2nd Year Other Income | 9,486 |
| 3rd Year Other Income | 9,676 |
| Vacancy Rate | 3.00% |

### Expenses

| | |
|---|---|
| Base Operating Expense | 272,105 |
| 1st Year Operating Expense | 321,156 |
| Additional 1st Year Operating Expense | - |
| 2nd Year Operating Expense | 330,540 |
| Additional 2nd Year Operating Expense | - |
| Inflation Factor | 103.00% |
| Replacement Reserve / Unit | 208 |
| Base Replacement Reserve | 23,954 |
| 2002 Administration Fee | - |
| RCM Administration Fee | 7,500 |
| Inflation Factor | 3% |
| Administration Fee Percentage | 0% |
| Fee Cap | 12.00% of Gross Collected Revenue |
| Incentive Management Fee | 80.00% of Gross Collected Revenue |
| Property Management Fee | 3.00% of Gross Collected Revenue |
| Supplemental Management Fee (Accrues) | 1.00% of Cash Flow |

### Base Expenses

| | Per Unit Per Year | Per Sq. Ft. Per Year |
|---|---|---|
| Administration | 28,652 | 249.15 | 0.47 |
| Payroll | 127,668 | 1,110.16 | 2.09 |
| Utilities | 54,900 | 477.39 | 0.90 |
| Repair & Maintenance | 37,525 | 326.30 | 0.61 |
| Real Estate Taxes | 98,436 | 855.97 | 1.61 |
| Insurance | 20,830 | 181.13 | 0.34 |
| IHDA Fee | 2,530 | 22.00 | 0.04 |
| Management Fee | 25,088 | 218.16 | 0.41 |
| Replacement Reserves | 23,954 | 208.30 | 0.39 |
| Total Operating Expense | 419,584 | 3,648.55 | 6.86 |

### Base DSC

| | |
|---|---|
| Rental Income | 852,840 |
| Other Income | 9,300 |
| Vacancy | (25,864) |
| Operating Expenses | (272,105) |
| Management Fee | (25,088) |
| Real Estate Taxes | (98,436) |
| Replacement Reserve | (23,954) |
| | 416,692 |
| Funds Available | 416,692 |
| Mortgage Debt Servic | 402,828 |
| Base DSC | 1.03 |

### Illinois Real Estate Tax Data

| | |
|---|---|
| Base Cap Rate for Tax Assessment | 12.00% |
| Mil Rate | 0.101548 |
| Assessment Rate | 33.30% |
| Multiplier | 100.00% |
| Anticipated Reductions | 129,663 |
| Load | 15.381539% |
| Assessed Value | 3,156,953 |
| Equalized Assessed Value | 921,602 |
| Base Year Taxes | 98,436 |
| Second Year Taxes | 101,389 |
| Third Year Taxes | 104,431 |

**Jefferson House Financial Forecast**

| Cash Flow Projection with Income Escalated at 2% Annually and Expenses Escalated at 3% Annually |
|---|

| Year | Rental Income | Vacancy | Other Income | Operating Expenses | Real Estate Taxes | Management Fee | Net Operating Income | Interest Earnings Released From Operating Reserves | Replacement Reserves | 1st Mortgage Debt Service | DSC | Cash Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | - | - | - | - | - | - | - | - | - | - | | - |
| 2003 | 852,840 | (25,864) | 9,300 | 272,105 | 98,436 | 25,088 | 440,647 | - | 23,954 | 402,828 | 1.03 | 13,864 |
| 2004 | 869,897 | (26,381) | 9,486 | 280,268 | 101,389 | 25,590 | 445,754 | - | 24,673 | 402,580 | 1.05 | 18,501 |
| 2005 | 887,295 | (26,909) | 9,676 | 288,676 | 104,431 | 26,102 | 450,853 | - | 25,413 | 402,319 | 1.06 | 23,121 |
| 2006 | 905,041 | (27,447) | 9,869 | 297,336 | 107,564 | 26,624 | 455,939 | - | 26,176 | 402,042 | 1.07 | 27,721 |
| 2007 | 923,141 | (27,996) | 10,067 | 306,256 | 110,791 | 27,156 | 461,008 | - | 26,961 | 401,750 | 1.08 | 32,298 |
| 2008 | 941,604 | (28,556) | 10,268 | 315,444 | 114,114 | 27,699 | 466,058 | - | 27,770 | 401,444 | 1.09 | 36,848 |
| 2009 | 960,436 | (29,127) | 10,473 | 324,907 | 117,538 | 28,253 | 471,084 | - | 28,603 | 401,115 | 1.10 | 41,366 |
| 2010 | 979,645 | (29,710) | 10,683 | 334,655 | 121,064 | 28,819 | 476,081 | - | 29,461 | 400,770 | 1.11 | 45,850 |
| 2011 | 999,238 | (30,304) | 10,896 | 344,694 | 124,696 | 29,395 | 481,045 | 9,472 | 30,345 | 400,406 | 1.15 | 59,766 |
| 2012 | 1,019,223 | (30,910) | 11,114 | 355,035 | 128,437 | 29,983 | 485,972 | 9,472 | 31,255 | 400,022 | 1.16 | 64,168 |
| 2013 | 1,039,607 | (31,528) | 11,337 | 365,686 | 132,290 | 30,582 | 490,857 | 9,472 | 32,193 | 399,616 | 1.17 | 68,521 |
| 2014 | 1,060,399 | (32,159) | 11,563 | 376,657 | 136,258 | 31,194 | 495,695 | 9,472 | 33,158 | 399,186 | 1.18 | 72,822 |
| 2015 | 1,081,607 | (32,802) | 11,795 | 387,956 | 140,346 | 31,818 | 500,479 | 9,472 | 34,153 | 398,733 | 1.19 | 77,065 |
| 2016 | 1,103,239 | (33,458) | 12,031 | 399,595 | 144,557 | 32,454 | 505,206 | 9,472 | 35,178 | 398,254 | 1.20 | 81,246 |
| 2017 | 1,125,304 | (34,127) | 12,271 | 411,583 | 148,893 | 33,103 | 509,868 | 9,472 | 36,233 | 397,748 | 1.21 | 85,359 |
| Totals | 14,748,518 | (447,280) | 160,829 | 5,060,854 | 1,830,803 | 433,862 | 7,136,547 | 66,304 | 445,526 | 6,008,811 | | 748,515 |

| Year | Transfer (to)/from Operations * | Red Capital Admin Fee | Draw From/(Deposit to) Operating Reserve | Cash Flow | Developer Fee | Cash Flow | Seller Loan | Supplemental Management Fee | Cash Flow | Incentive Management Fee | Cash Flow | GP Distribution | Cash Flow to LPs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | | | | - | - | | | | - | | | - | |
| 2003 | - | 8,000 | (3,079) | 2,785 | 2,785 | - | - | - | - | - | - | - | - |
| 2004 | - | 7,750 | (5,644) | 5,107 | 5,107 | - | - | - | - | - | - | - | - |
| 2005 | - | 7,500 | (8,201) | 7,420 | 7,420 | - | - | - | - | - | - | - | - |
| 2006 | - | 7,725 | (10,498) | 9,498 | 9,498 | - | - | - | - | - | - | - | - |
| 2007 | - | 7,957 | (12,779) | 11,562 | 11,562 | - | - | - | - | - | - | - | - |
| 2008 | - | 8,195 | (15,042) | 13,610 | 13,610 | - | - | - | - | - | - | - | - |
| 2009 | - | 8,441 | (17,286) | 15,639 | 1,413 | 14,226 | - | 14,226 | - | - | - | - | - |
| 2010 | - | 8,695 | (19,063) | 18,092 | - | 18,092 | - | 18,092 | - | - | - | - | - |
| 2011 | - | 8,955 | - | 50,811 | - | 50,811 | - | 49,257 | 1,554 | 1,243 | 311 | 155 | 155 |
| 2012 | - | 9,224 | - | 54,944 | - | 54,944 | - | 9,994 | 44,949 | 35,959 | 8,990 | 4,495 | 4,495 |
| 2013 | - | 9,501 | - | 59,020 | - | 59,020 | - | 10,194 | 48,826 | 39,061 | 9,765 | 4,883 | 4,883 |
| 2014 | - | 9,786 | - | 63,036 | - | 63,036 | - | 10,398 | 52,638 | 42,110 | 10,528 | 5,264 | 5,264 |
| 2015 | - | 10,079 | - | 66,986 | - | 66,986 | - | 10,606 | 56,380 | 45,104 | 11,276 | 5,638 | 5,638 |
| 2016 | - | 10,382 | - | 70,864 | - | 70,864 | - | 10,818 | 60,046 | 48,037 | 12,009 | 6,005 | 6,005 |
| 2017 | - | 10,693 | - | 74,666 | - | 74,666 | - | 11,034 | 63,631 | 50,905 | 12,726 | 6,363 | 6,363 |
| Totals | - | 132,883 | (91,592) | 524,040 | 51,395 | 472,645 | - | 144,621 | 328,024 | 262,419 | 65,605 | 32,802 | 32,802 |

**Jefferson House Financial Forecast**

Projected Taxable Income/(Loss)

| Year | Net Operating Income | Interest Income on Escrow | Interest Income on Reserves | Interest on 1st Mortgage | MIP on 1st Mortgage | Interest on 3rd Mortgage | Interest on Deferred Developer Fee | GP Allocation of Income | RCM Admin. Fee | Supplemental Management Fee | Incentive Mgmt Fee | Depreciation | Funded Expenses | Net Income (Loss) | Upper-Tier Net Income (Loss) to Investor | Net Income (Loss) to Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | - | - | - | 246,419 | 22,331 | - | - | - | - | - | - | 271,526 | | (-) | - | - |
| 2003 | 440,647 | - | 3,135 | 326,357 | 29,541 | - | 28,341 | - | 8,000 | - | - | 270,887 | 34,318 | (253,659) | (108,220) | (108,209) |
| 2004 | 445,754 | - | 7,730 | 323,709 | 29,293 | - | 2,069 | - | 7,750 | - | - | 270,503 | 14,665 | (194,505) | (194,486) | (194,466) |
| 2005 | 450,853 | - | 8,498 | 320,913 | 29,031 | - | 1,915 | - | 7,500 | - | - | 270,503 | 14,665 | (185,176) | (185,158) | (185,139) |
| 2006 | 455,939 | - | 9,348 | 317,958 | 28,754 | - | 1,637 | - | 7,725 | - | - | 270,216 | 14,665 | (175,669) | (175,651) | (175,634) |
| 2007 | 461,008 | - | 10,277 | 314,837 | 28,462 | - | 1,240 | - | 7,957 | - | - | 294,669 | 14,665 | (190,546) | (190,527) | (190,508) |
| 2008 | 466,058 | - | 8,811 | 311,540 | 28,153 | - | 719 | - | 8,195 | - | - | 309,513 | 14,465 | (197,718) | (197,698) | (197,678) |
| 2009 | 471,084 | - | 9,852 | 308,057 | 27,827 | - | 68 | - | 8,441 | 14,226 | - | 293,679 | 14,265 | (185,629) | (185,611) | (185,592) |
| 2010 | 476,081 | - | 10,975 | 304,378 | 27,483 | - | - | - | 8,695 | 18,092 | - | 284,179 | 14,265 | (170,036) | (170,019) | (170,002) |
| 2011 | 481,045 | - | 12,174 | 300,491 | 27,119 | - | - | - | 8,955 | 49,257 | 1,243 | 284,179 | 14,265 | (192,290) | (192,271) | (192,251) |
| 2012 | 485,972 | - | 12,844 | 296,384 | 26,734 | - | - | - | 9,224 | 9,994 | 35,959 | 307,648 | 14,265 | (201,393) | (201,373) | (201,353) |
| 2013 | 490,857 | - | 10,486 | 292,046 | 26,328 | - | - | - | 9,501 | 10,194 | 39,061 | 318,879 | 14,265 | (208,931) | (208,910) | (208,889) |
| 2014 | 495,695 | - | 11,160 | 287,464 | 25,899 | - | - | - | 9,786 | 10,398 | 42,110 | 299,299 | 14,265 | (182,366) | (182,348) | (182,330) |
| 2015 | 500,479 | - | 11,867 | 282,623 | 25,445 | - | - | - | 10,079 | 10,606 | 45,104 | 287,551 | 14,265 | (163,327) | (163,310) | (163,294) |
| 2016 | 505,206 | - | 12,608 | 277,508 | 24,966 | - | - | - | 10,382 | 10,818 | 48,037 | 287,551 | 14,265 | (155,713) | (155,698) | (155,682) |
| 2017 | 509,868 | - | 13,385 | 272,106 | 24,461 | - | - | - | 10,693 | 11,034 | 50,905 | 314,248 | 14,265 | (174,459) | (174,442) | (174,424) |
| Totals | 7,136,547 | - | 153,152 | 4,782,791 | 409,494 | - | 35,989 | - | 132,883 | 144,621 | 262,419 | 4,635,031 | 235,832 | (2,831,417) | (2,685,720) | (2,685,451) |

## Jefferson House Financial Forecast

### Benefits Schedule

| Year | Capital Contributions Date | Capital Contributions Amount | Net Income/ (Loss) | Tax Savings (Expense) | Annual Federal Tax Credits | Annual State Tax Credits | | Total Tax Savings (Expense) | Cash Flow | Annual Benefit from Partnership | Cumulative Benefit | Cumulative Net Investment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | * | - | - | - | - | - | | - | - | - | - | - |
| 2003 | ** | 2,048,208 | (108,209) | 37,873 | 102,822 | - | - | 140,695 | - | 140,695 | 140,695 | 1,939,999 |
| 2004 | *** | - | (194,505) | 68,077 | 246,772 | - | - | 314,849 | - | 314,849 | 455,544 | 1,745,493 |
| 2005 | | | (185,176) | 64,812 | 246,772 | - | - | 311,584 | - | 311,584 | 767,127 | 1,560,317 |
| 2006 | | | (175,669) | 61,484 | 246,772 | - | - | 308,256 | - | 308,256 | 1,075,383 | 1,384,648 |
| 2007 | | | (190,546) | 66,691 | 246,772 | | | 313,463 | - | 313,463 | 1,388,846 | 1,194,102 |
| 2008 | | | (197,718) | 69,201 | 246,772 | | | 315,973 | - | 315,973 | 1,704,820 | 996,385 |
| 2009 | | | (185,629) | 64,970 | 246,772 | | | 311,742 | - | 311,742 | 2,016,562 | 810,756 |
| 2010 | | | (170,036) | 59,512 | 246,772 | | | 306,284 | - | 306,284 | 2,322,846 | 640,720 |
| 2011 | | | (192,290) | 67,301 | 246,772 | | | 314,073 | 155 | 314,229 | 2,637,075 | 448,430 |
| 2012 | | | (201,393) | 70,488 | 246,772 | | | 317,260 | 4,495 | 321,765 | 2,958,830 | 247,037 |
| 2013 | | | (208,931) | 73,126 | 143,950 | | | 217,076 | 4,883 | 221,959 | 3,180,789 | 38,106 |
| 2014 | | | (182,366) | 63,828 | - | | | 63,828 | 5,264 | 69,092 | 3,249,880 | (144,260) |
| 2015 | | | (163,327) | 57,164 | | | | 57,164 | 5,638 | 62,802 | 3,312,683 | (307,587) |
| 2016 | | | (155,713) | 54,500 | | | | 54,500 | 6,005 | 60,504 | 3,373,187 | (463,300) |
| 2017 | | | (174,459) | 61,061 | | | | 61,061 | 6,363 | 67,424 | 3,440,611 | (637,759) |
| | | | | | | | | | | - | 3,440,611 | (637,759) |
| Totals | | 2,048,208 | (2,685,967) | 940,088 | 2,467,720 | - | | 3,407,808 | 32,802 | 3,440,611 | | |

**Capital Account Analysis**

| | | |
|---|---|---|
| Total Capital Contributions | $ | 2,048,208 |
| Beginning Capital Bal. | $ | 2,048,208 |
| Less: | | |
| Tax Losses | $ | (2,685,967) |
| Cash Flow | | |
| Ending Capital Account | $ | (637,759) |
| Tax Rate | | 35.0% |
| Assumed Write-off | $ | (223,216) (1) |

(1) The Capital Account does not include any positive cash flow to the investors.

**Capital Contribution Schedule**

| | | | |
|---|---|---|---|
| ** | 8/15/2003 | $ | - |
| ** | 9/1/2003 | $ | - |
| ** | 10/1/2003 | $ | - |
| ** | 11/1/2003 | $ | - |
| ** | 12/1/2003 | $ | - |
| ** | 1/1/2004 | $ | 2,048,208 |
| *** | 2/1/2004 | $ | - |
| *** | 3/1/2004 | $ | - |
| *** | 4/1/2004 | $ | - |
| *** | 5/1/2004 | $ | - |
| *** | 6/1/2004 | $ | - |
| *** | 7/1/2004 | $ | - |
| *** | 8/1/2004 | $ | - |
| *** | 9/1/2004 | $ | - |
| *** | 10/1/2004 | $ | - |
| *** | 11/1/2004 | $ | - |
| | | $ | 2,048,208 |

# Jefferson House Financial Forecast

## Quarterly Internal Rate of Return

**Quarterly W/O Cash Effective IRR**      11.67%

| Year | Quarter | Capital Contribution | Low Income Housing Tax Credits | State Housing Tax Credits | Tax Savings (Expense) | Net Benefit |
|------|---------|---------------------|-------------------------------|--------------------------|----------------------|-------------|
| 2002 | 1st | - | | | | - |
| | 2nd | - | | | | - |
| | 3rd | - | | | | - |
| | 4th | - | - | | - | - |
| 2003 | 1st | - | | - | | - |
| | 2nd | - | | - | | - |
| | 3rd | - | 51,411 | - | 18,937 | 70,347 |
| | 4th | - | 51,411 | - | 18,937 | 70,347 |
| 2004 | 1st | (2,048,208) | 61,693 | - | 17,019 | (1,969,495) |
| | 2nd | - | 61,693 | - | 17,019 | 78,712 |
| | 3rd | - | 61,693 | - | 17,019 | 78,712 |
| | 4th | - | 61,693 | - | 17,019 | 78,712 |
| 2005 | 1st | - | 61,693 | - | 16,203 | 77,896 |
| | 2nd | - | 61,693 | - | 16,203 | 77,896 |
| | 3rd | | 61,693 | - | 16,203 | 77,896 |
| | 4th | | 61,693 | - | 16,203 | 77,896 |
| 2006 | 1st | | 61,693 | - | 15,371 | 77,064 |
| | 2nd | | 61,693 | - | 15,371 | 77,064 |
| | 3rd | | 61,693 | - | 15,371 | 77,064 |
| | 4th | | 61,693 | - | 15,371 | 77,064 |
| 2007 | 1st | | 61,693 | - | 16,673 | 78,366 |
| | 2nd | | 61,693 | - | 16,673 | 78,366 |
| | 3rd | | 61,693 | - | 16,673 | 78,366 |
| | 4th | | 61,693 | - | 16,673 | 78,366 |
| 2008 | 1st | | 61,693 | | 17,300 | 78,993 |
| | 2nd | | 61,693 | | 17,300 | 78,993 |
| | 3rd | | 61,693 | | 17,300 | 78,993 |
| | 4th | | 61,693 | | 17,300 | 78,993 |

# Jefferson House Financial Forecast

## Quarterly Internal Rate of Return

**Quarterly W/O Cash Effective IRR**      11.67%

| Year | Quarter | Capital Contribution | Low Income Housing Tax Credits | State Housing Tax Credits | Tax Savings (Expense) | Net Benefit |
|---|---|---|---|---|---|---|
| 2009 | 1st | | 61,693 | | 16,243 | 77,936 |
| | 2nd | | 61,693 | | 16,243 | 77,936 |
| | 3rd | | 61,693 | | 16,243 | 77,936 |
| | 4th | | 61,693 | | 16,243 | 77,936 |
| 2010 | 1st | | 61,693 | | 14,878 | 76,571 |
| | 2nd | | 61,693 | | 14,878 | 76,571 |
| | 3rd | | 61,693 | | 14,878 | 76,571 |
| | 4th | | 61,693 | | 14,878 | 76,571 |
| 2011 | 1st | | 61,693 | | 16,825 | 78,518 |
| | 2nd | | 61,693 | | 16,825 | 78,518 |
| | 3rd | | 61,693 | | 16,825 | 78,518 |
| | 4th | | 61,693 | | 16,825 | 78,518 |
| 2012 | 1st | | 61,693 | | 17,622 | 79,315 |
| | 2nd | | 61,693 | | 17,622 | 79,315 |
| | 3rd | | 61,693 | | 17,622 | 79,315 |
| | 4th | | 61,693 | | 17,622 | 79,315 |
| 2013 | 1st | | 35,988 | | 18,281 | 54,269 |
| | 2nd | | 35,988 | | 18,281 | 54,269 |
| | 3rd | | 35,988 | | 18,281 | 54,269 |
| | 4th | | 35,988 | | 18,281 | 54,269 |
| 2014 | 1st | | - | | 15,957 | 15,957 |
| | 2nd | | - | | 15,957 | 15,957 |
| | 3rd | | - | | 15,957 | 15,957 |
| | 4th | | - | | 15,957 | 15,957 |
| 2015 | 1st | | - | | 14,291 | 14,291 |
| | 2nd | | - | | 14,291 | 14,291 |
| | 3rd | | - | | 14,291 | 14,291 |
| | 4th | | - | | 14,291 | 14,291 |

# Jefferson House Financial Forecast

## Quarterly Internal Rate of Return

**Quarterly W/O Cash Effective IRR**                    11.67%

| Year | Quarter | Capital Contribution | Low Income Housing Tax Credits | State Housing Tax Credits | Tax Savings (Expense) | Net Benefit |
|------|---------|---------------------|-------------------------------|--------------------------|----------------------|-------------|
| 2016 | 1st | | - | | 13,625 | 13,625 |
| | 2nd | | - | | 13,625 | 13,625 |
| | 3rd | | - | | 13,625 | 13,625 |
| | 4th | | - | | 13,625 | 13,625 |
| 2017 | 1st | | - | | 15,265 | 15,265 |
| | 2nd | | - | | 15,265 | 15,265 |
| | 3rd | | - | | 15,265 | 15,265 |
| | 4th | | - | | 15,265 | 15,265 |
| 2018 | 1st | | - | | (223,216) | (223,216) |
| | 2nd | | - | | | - |
| | 3rd | | - | | | - |
| | 4th | | - | | | - |
| 2019 | 1st | | | | | - |
| | | (2,048,208) | 2,467,720 | | 716,873 | 1,136,385 |

## Jefferson House Financial Forecast

| | 1<br>Acquisition | 2 | 3 | 4 | 5 | 6<br>Date-Certain | |
|---|---|---|---|---|---|---|---|
| Equity Installments | | - | - | - | - | 2,048,208 | |
| | 8/15/2003 | 9/1/2003 | 10/1/2003 | 11/1/2003 | 12/1/2003 | 1/1/2004 | 5/1/2006 |
| Buildings Placed In Service | 1 | 1 | 1 | 1 | 1 | 1 | Totals |
| | | | | | | | |
| Equity | - | | | | | 2,048,208 | 2,048,208 |
| Bond Proceeds | 5,988,600 | - | - | | | | 5,988,600 |
| Permanent Loan Proceeds | | | | | | | |
| Construction Loan Draws | | - | | - | | | |
| Remaining GP Capital Contributed | 353,998 | | | | | | 353,998 |
| Seller Note | - | | - | | | | - |
| Soft Financing #4 | - | - | - | | | | - |
| Equity Line of Credit | 2,048,208 | - | - | - | - | (2,048,208) | - |
| Grant Financing | - | - | - | | | | - |
| Accrued Interest | | | | | | - | - |
| Release of Replacement Reserves | - | | | | | | - |
| Rehabilitation Deposit Escrow Earnings | - | - | - | - | - | | - |
| FNMA Escrow Earnings | - | - | - | - | - | | - |
| Net Operating Income | 211,880 | | | | | | 211,880 |
| Total Sources | 8,602,686 | - | - | - | - | - | 8,602,686 |
| Total Uses | 8,602,686 | - | - | - | - | - | 8,602,686 |
| Variance in Sources and Uses | - | - | - | - | - | - | - |
| | 1,655,145 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Uses: | | | | | | | - |
| Construction Costs | 1,655,145 | - | - | - | | - | 1,655,145 |
| Funded Reserves | 326,000 | | | | | | 326,000 |
| Construction Closing Costs | - | | | | | | - |
| Capital to GP, Class A LP, and Dev Fee | 859,004 | | | | | | 859,004 |
| Acquisition Costs | 5,753,406 | | - | | | - | 5,753,406 |
| Construction Debt Interest | 9,131 | | | | | | 9,131 |
| | 8,602,686 | - | - | - | - | - | 8,602,686 |
| | | | | | | | |
| Interest on Seller Note | 10.00% | - | - | - | - | - | 0 |
| Interest on Equity Bridge Line of Credit | 1.17% | 1,117 | 2,003 | 2,003 | 2,003 | 2,003 | 9,131 |
| Interest Expense on Construction Loan | 2.50% | - | - | - | - | - | 0 |
| Total Construction Interest | | 1,117 | 2,003 | 2,003 | 2,003 | 2,003 | 9,131 |
| | | | | | | | |
| Equity Bridge Line of Credit | 2,048,208 | - | - | - | - | - | |
| Less Current Draws/Plus Repayments | (2,048,208) | - | - | - | - | 2,048,208 | |
| Available Balance | - | - | - | - | - | 2,048,208 | - |
| Interest Costs | 1,117 | 2,003 | 2,003 | 2,003 | 2,003 | | 9,131 |
| 1.1738% | | | | | | | |
| | | | | | | | |
| Net Construction Interest | 1,117 | 2,003 | 2,003 | 2,003 | 2,003 | - | |
| Capitalized | - | - | - | - | - | - | |
| Expensed | 1,117 | 2,003 | 2,003 | 2,003 | 2,003 | - | |

# Jefferson House Financial Forecast

## Permanent Loan Amortization

Permanent Loan

| | | | |
|---|---|---|---|
| Principal | 5,988,600 | Mortgage Insurance Premium | 0.5% |
| Rate | 5.500% | | |
| Term | 480 | | |
| Amortization | 468 | | |
| Start Date | 04/01/02 | | |
| Months Remaining | 9.00 | | |
| Monthly Payment | 31,107 | | |

| Year | Payment of Principal & Interest | Principal | Interest | MIP | Ending Balance | Mortgage Balance at Sale |
|---|---|---|---|---|---|---|
| 2002 | 279,966 | 33,546 | (246,419) | (22,331) | 5,955,054 | |
| 2003 | 373,288 | 46,931 | (326,357) | (29,541) | 5,908,122 | |
| 2004 | 373,288 | 49,578 | (323,709) | (29,293) | 5,858,544 | |
| 2005 | 373,288 | 52,375 | (320,913) | (29,031) | 5,806,169 | |
| 2006 | 373,288 | 55,329 | (317,958) | (28,754) | 5,750,840 | |
| 2007 | 373,288 | 58,450 | (314,837) | (28,462) | 5,692,389 | |
| 2008 | 373,288 | 61,747 | (311,540) | (28,153) | 5,630,642 | |
| 2009 | 373,288 | 65,231 | (308,057) | (27,827) | 5,565,411 | |
| 2010 | 373,288 | 68,910 | (304,378) | (27,483) | 5,496,501 | |
| 2011 | 373,288 | 72,797 | (300,491) | (27,119) | 5,423,704 | |
| 2012 | 373,288 | 76,903 | (296,384) | (26,734) | 5,346,801 | |
| 2013 | 373,288 | 81,241 | (292,046) | (26,328) | 5,265,559 | |
| 2014 | 373,288 | 85,824 | (287,464) | (25,899) | 5,179,735 | |
| 2015 | 373,288 | 90,665 | (282,623) | (25,445) | 5,089,070 | |
| 2016 | 373,288 | 95,779 | (277,508) | (24,966) | 4,993,291 | |
| 2017 | 373,288 | 101,182 | (272,106) | (24,461) | 4,892,109 | |
| 1900 | 373,288 | 106,890 | (266,398) | (23,926) | 4,785,219 | 4,785,219 |

## Jefferson House Financial Forecast

| | | | | | |
|---|---|---|---|---|---|
| Totals | 6,252,570 | 1,203,381 | (5,049,189) | (455,752) | 4,785,219 |

# Jefferson House Financial Forecast

## Deferred Developer Fees Amortization

Deferred Developer Fees

| | |
|---|---|
| Principal | 874,410 |
| Rate | 5.05% |
| Amortization | 180 |
| Start Date | 01/01/03 |
| Months in 1st Year | 12.00 |
| Advance Payment | - |

| Year | Available Cash Flow | Payment from Cash Flow | Payment from Capital Transaction | Principal | Calculated Interest | Paid Interest | Accrued Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 2001 | | | | | | | | 874,410 |
| 2002 | - | - | | - | | - | - | 874,410 |
| 2003 | 2,785 | 2,785 | 859,004 | 833,448 | 28,341 | 28,341 | - | 40,962 |
| 2004 | 5,107 | 5,107 | | 3,038 | 2,069 | 2,069 | - | 37,924 |
| 2005 | 7,420 | 7,420 | | 5,505 | 1,915 | 1,915 | - | 32,419 |
| 2006 | 9,498 | 9,498 | | 7,861 | 1,637 | 1,637 | - | 24,558 |
| 2007 | 11,562 | 11,562 | | 10,322 | 1,240 | 1,240 | - | 14,236 |
| 2008 | 13,610 | 13,610 | | 12,891 | 719 | 719 | - | 1,345 |
| 2009 | 15,639 | 1,413 | | 1,345 | 68 | 68 | - | - |
| 2010 | 18,092 | - | | - | - | - | - | - |
| 2011 | 50,811 | - | | - | - | - | - | - |
| 2012 | 54,944 | - | | - | - | - | - | - |
| 2013 | 59,020 | - | | - | - | - | - | - |
| 2014 | 63,036 | - | | - | - | - | - | - |
| 2015 | 66,986 | - | | - | - | - | - | - |
| 2016 | 70,864 | - | | - | - | - | - | - |
| 2017 | 74,666 | - | | - | - | - | - | - |
| Total | 524,040 | 51,395 | | 874,410 | 35,989 | 35,989 | - | - |

# Jefferson House Financial Forecast

## Replacement Reserve Schedule

| | Beginning Balance | Deposits | Transfers | 2.00% Interest | Withdrawals | Ending Balance |
|---|---|---|---|---|---|---|
| 2002 | | - | | | | 18,000 |
| 2003 | 18,000 | 23,954 | | 600 | | 42,554 |
| 2004 | 42,554 | 24,673 | | 1,098 | | 68,325 |
| 2005 | 68,325 | 25,413 | | 1,621 | | 95,359 |
| 2006 | 95,359 | 26,176 | | 2,169 | | 123,703 |
| 2007 | 123,703 | 26,961 | | 2,744 | 123,703 | 29,705 |
| 2008 | 29,705 | 27,770 | | 872 | | 58,346 |
| 2009 | 58,346 | 28,603 | | 1,453 | | 88,402 |
| 2010 | 88,402 | 29,461 | | 2,063 | | 119,925 |
| 2011 | 119,925 | 30,345 | | 2,702 | | 152,972 |
| 2012 | 152,972 | 31,255 | | 3,372 | 152,972 | 34,627 |
| 2013 | 34,627 | 32,193 | | 1,014 | | 67,834 |
| 2014 | 67,834 | 33,158 | | 1,688 | | 102,681 |
| 2015 | 102,681 | 34,153 | | 2,395 | | 139,229 |
| 2016 | 139,229 | 35,178 | | 3,136 | | 177,544 |
| 2017 | 177,544 | 36,233 | | 3,913 | 177,544 | 40,146 |
| Totals | | 445,526 | - | 30,839 | 454,219 | |

# Jefferson House Financial Forecast

## Restabilization Reserve & Operating Reserve Schedule

| | |
|---|---|
| Restabilization Reserve | 221,000 |
| Operating Reserve | 105,000 |
| | |
| Total Reserves | 326,000 |
| | |
| Rate | 2.00% |
| Initial Deposit Month | 8/15/2003 |

| Year | Beginning Balance | Deposits | Transfers | 2.00% Interest | Withdrawals | Ending Balance | Total Aggregate Target Balance |
|---|---|---|---|---|---|---|---|
| 2002 | | | | | | - | 326,000 |
| 2003 | 326,000 | 3,079 | | 2,536 | - | 331,614 | 344,500 |
| 2004 | 331,614 | 5,644 | | 6,632 | - | 343,891 | 363,000 |
| 2005 | 343,891 | 8,201 | | 6,878 | - | 358,969 | 381,500 |
| 2006 | 358,969 | 10,498 | | 7,179 | - | 376,647 | 400,000 |
| 2007 | 376,647 | 12,779 | | 7,533 | - | 396,959 | 418,500 |
| 2008 | 396,959 | 15,042 | | 7,939 | - | 419,940 | 437,000 |
| 2009 | 419,940 | 17,286 | | 8,399 | - | 445,625 | 455,500 |
| 2010 | 445,625 | 19,063 | | 8,912 | - | 473,600 | 473,600 |
| 2011 | 473,600 | - | | 9,472 | (9,472) | 473,600 | 473,600 |
| 2012 | 473,600 | - | | 9,472 | (9,472) | 473,600 | 473,600 |
| 2013 | 473,600 | - | | 9,472 | (9,472) | 473,600 | 473,600 |
| 2014 | 473,600 | - | | 9,472 | (9,472) | 473,600 | 473,600 |
| 2015 | 473,600 | - | | 9,472 | (9,472) | 473,600 | 473,600 |
| 2016 | 473,600 | - | | 9,472 | (9,472) | 473,600 | 473,600 |
| 2017 | 473,600 | - | | 9,472 | (9,472) | 473,600 | 473,600 |
| Totals | | 91,592 | - | 122,312 | (66,304) | | 473,600 |

## Jefferson House Financial Forecast

### Calculation of Tax Credit

|  | Acquisition Credit | Improvement Credit |
|---|---|---|
| Depreciable Basis |  | 7,423,774 |
| Less: |  |  |
| Building Acquisition | 5,025,000 | 5,025,000 |
| Grant Financing |  |  |
| Eligible Basis Before Adjustment | 5,025,000 | 2,398,774 |
| LIH Percentage | 93.91% | 93.91% |
|  | 4,718,973 | 2,252,687 |
| Difficult Development Area/QCT | 100% | 100% |
| Basis for LIH Credit | 4,718,973 | 2,252,687 |
| LIH Credit Percentage | 3.54% | 3.54% |
| LIH Credit Calculation | 167,052 | 246,797 |
| Credit Allocation Amount |  | 262,801 |
| Minimum of Allocation or Calculation |  | 246,797 |
| Percentage of Tax Credits to the Investor |  | 99.9900% |
| Annual Tax Credits to the Investor |  | 246,772 |
| Tax Credits Per Unit Per Month |  | 178.82 |

**Jefferson House Financial Forecast**

**Funded Expenses**

| | | Base | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction Interest | 1 | 164,665 | 77,777 | 77,777 | 9,131 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,131 |
| Construction Advance Interest | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Party Reports (2003) | 1 | 2,860 | | | 2,860 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,860 |
| Reznick Fedder Silverman | 60 | 2,000 | | | 200 | 400 | 400 | 400 | 400 | 200 | - | - | - | - | - | - | - | - | - | - | 2,000 |
| Accounting/Cost Certification | 1 | 5,000 | | | 5,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Party Reports (2003) | 1 | 2,860 | | | 2,860 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Title & Recording | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rating Agency Fees | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Title & Recording | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Origination Fee | 480 | 79,432 | 993 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 1,986 | 31,773 |
| Application Fee | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Underwriters Fee | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bond Cost of Issuance | 480 | 413,603 | 5,170 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 10,340 | 155,441 |
| Bond, Undrw, & Issuer Counsel | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lender's Counsel & Processing | 480 | 29,943 | 374 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 749 | 11,977 |
| Other | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Negative Arbitrage | 480 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax Credit Fee | 190 | 17,865 | 596 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 19,056 |
| Legal (Org.) | 60 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | 718,248 | 84,910 | 92,042 | 34,318 | 14,665 | 14,665 | 14,665 | 14,665 | 14,465 | 14,265 | 14,265 | 14,265 | 14,265 | 14,265 | 14,265 | 14,265 | 14,265 | 14,265 | 14,265 | 242,238 |

## Jefferson House Financial Forecast

### Depreciation Schedule

| | Total | Acq | Imprvmts | Cumulative Buildings (Improvements) In Servic | | |
|---|---|---|---|---|---|---|
| | | | | | 2001 | 2002 |
| Real Property (27.5) | 7,411,920 | 5,025,000 | 2,386,920 | 1st Quarter | - | 1 |
| Site Work (15 Yr.) | - | - | - | 2nd Quarter | 1 | 1 |
| Site Work (27.5 Yr.) | 11,854 | | 11,854 | 3rd Quarter | 1 | 1 |
| Personal Property/Equipment (5 Yr.) | 4,991 | 4,991 | - | 4th Quarter | 1 | 1 |
| Office Equipment (7 Yr.) | - | | - | | | |
| Flooring (5 Yr.) | - | | - | | 2003 | 2004 |
| | 7,428,765 | 5,029,991 | 2,398,774 | 1st Quarter | 1 | 1 |
| | | | | 2nd Quarter | 1 | 1 |
| | 2007 | 2012 | 2017 | 3rd Quarter | 1 | 1 |
| Replacement Reserves | 123,703 | 152,972 | 177,544 | 4th Quarter | 1 | 1 |
| Capital Improvements | - | - | - | | | |

| Year | Real Property & Site work 27.5 SL | Site work 15 yr. | Personal Property 5 yr. | Flooring 5 yr. | Office Equipment 7 yr. | Replacement Reserves 5 yr. | Replacement Reserves 5 yr. | Replacement Reserves 5 yr. |
|---|---|---|---|---|---|---|---|---|
| 2001 | 113,849 | 0 | 998 | 0 | 0 | | | |
| 2002 | 269,928 | 0 | 1597 | 0 | 0 | | | |
| 2003 | 269,928 | 0 | 958 | 0 | 0 | | | |
| 2004 | 269,928 | 0 | 575 | 0 | 0 | | | |
| 2005 | 269,928 | 0 | 575 | 0 | 0 | | | |
| 2006 | 269,928 | 0 | 287 | 0 | 0 | | | |
| 2007 | 269,928 | 0 | 0 | 0 | 0 | 24,741 | | |
| 2008 | 269,928 | 0 | 0 | 0 | 0 | 39,585 | | |
| 2009 | 269,928 | 0 | 0 | 0 | 0 | 23,751 | | |
| 2010 | 269,928 | 0 | 0 | 0 | 0 | 14,251 | | |
| 2011 | 269,928 | 0 | 0 | 0 | 0 | 14,251 | | |
| 2012 | 269,928 | 0 | 0 | 0 | 0 | 7,125 | 30,594 | |
| 2013 | 269,928 | 0 | 0 | 0 | 0 | 0 | 48,951 | |
| 2014 | 269,928 | 0 | 0 | 0 | 0 | 0 | 29,371 | |
| 2015 | 269,928 | 0 | 0 | 0 | 0 | 0 | 17,622 | |
| 2016 | 269,928 | 0 | 0 | 0 | 0 | 0 | 17,622 | |
| 2017 | 269,928 | 0 | 0 | 0 | 0 | 0 | 8,811 | 35,509 |

## Jefferson House Financial Forecast

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2018 | 269,928 | 0 | 0 | 0 | 0 | 0 | 0 | 56,814 |
| Totals | 4,702,632 | - | 4,991 | - | - | 123,703 | 152,972 | 92,323 |

**Jefferson House Financial Forecast**

**704(B) Analysis**

| Year | Asset Value | Depreciation | Net Asset Value | Permanent Loan Balance | Taxable Bond Balance | Seller Note Balance | 2nd Mortgage Balance | Cash Flow | Minimum Gain | Change in Minimum Gain | Carryover Minimum Gain | Maximum Loss Allowed | Equity Investment | Annual Taxable Loss/(Income) | Lower Tier Capital Account Balance | Potential Reallocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 7,498,774 | (270,587) | 7,227,887 | 5,908,122 | - | - | - | - | - | - | - | - | - | 253,659 | | - |
| 2004 | 7,522,728 | (541,190) | 6,981,338 | 5,858,544 | - | - | - | - | - | - | - | - | 2,048,208 | 194,505 | 1,600,043 | - |
| 2005 | 7,547,401 | (811,893) | 6,735,508 | 5,806,169 | - | - | - | - | - | - | 1,600,043 | 1,600,043 | 2,048,208 | 185,176 | 1,414,867 | - |
| 2006 | 7,572,815 | (1,082,199) | 6,490,705 | 5,750,840 | - | - | - | - | - | - | 1,414,867 | 1,414,867 | 2,048,208 | 175,669 | 1,239,198 | - |
| 2007 | 7,598,990 | (1,376,778) | 6,222,212 | 5,692,389 | - | - | - | - | - | - | 1,239,198 | 1,239,198 | 2,048,208 | 190,546 | 1,048,652 | - |
| 2008 | 7,625,961 | (1,686,292) | 5,939,659 | 5,630,642 | - | - | - | - | - | - | 1,048,652 | 1,048,652 | 2,048,208 | 197,718 | 850,935 | - |
| 2009 | 7,653,721 | (1,979,971) | 5,673,750 | 5,565,411 | - | - | - | - | - | - | 850,935 | 850,935 | 2,048,208 | 185,629 | 665,305 | - |
| 2010 | 7,682,324 | (2,264,130) | 5,418,173 | 5,496,501 | - | - | - | - | 78,312 | 78,312 | 665,305 | 743,618 | 2,048,208 | 170,036 | 495,270 | - |
| 2011 | 7,711,785 | (2,548,329) | 5,163,455 | 5,423,704 | - | - | - | 155 | 260,197 | 181,885 | 573,582 | 755,467 | 2,048,208 | 192,290 | 302,825 | - |
| 2012 | 7,742,129 | (2,855,977) | 4,886,152 | 5,346,891 | - | - | - | 4,495 | 460,557 | 200,360 | 583,022 | 763,381 | 2,048,208 | 201,393 | 96,936 | - |
| 2013 | 7,773,384 | (3,174,557) | 4,598,827 | 5,265,559 | - | - | - | 4,883 | 666,899 | 208,342 | 557,493 | 765,835 | 2,048,208 | 208,931 | (118,877) | - |
| 2014 | 7,805,577 | (3,474,156) | 4,331,421 | 5,179,735 | - | - | - | 5,264 | 848,145 | 181,246 | 550,021 | 731,267 | 2,048,208 | 182,366 | (304,507) | - |
| 2015 | 7,838,736 | (3,761,707) | 4,077,029 | 5,089,070 | - | - | - | 5,638 | 1,011,839 | 163,694 | 543,637 | 707,332 | 2,048,208 | 163,327 | (473,472) | - |
| 2016 | 7,872,889 | (4,049,258) | 3,823,631 | 4,993,291 | - | - | - | 8,005 | 1,169,426 | 157,587 | 538,367 | 695,954 | 2,048,208 | 155,713 | (635,190) | - |
| 2017 | 7,908,067 | (4,363,596) | 3,544,561 | 4,892,109 | - | - | - | 6,363 | 1,347,278 | 177,853 | 534,236 | 712,088 | 2,048,208 | 174,459 | (816,012) | - |
| 2018 | 7,944,300 | (4,690,248) | 3,254,051 | 4,785,219 | - | - | - | - | 1,530,881 | 183,583 | 531,268 | 714,849 | 2,048,208 | - | (818,012) | - |

| Assets | | Debt | | Limited Partner Interest | 99.980001% |
|---|---|---|---|---|---|
| Land | 75,000 | Capital Contribution | - | | |
| Building | 7,423,774 | Permanent Loan | 5,988,600 | | |
| | | Taxable Bond | - | | |
| Net Assets | 7,498,774 | Seller Note | - | | |
| | | 2nd Mortgage | - | | |
| Annual Replacement Reserves | 23,954 | Total Non-Recourse Debt | 5,988,600 | | |