UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| URBAN 8 DANVILLE CORPORATION, an Illinois corporation, and URBAN 8 MACOMB CORPORATION, an Illinois corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>NATIONWIDE AFFORDABLE HOUSING FUND 4, LLC, an Ohio limited liability company, SCDC, LLC, an Ohio limited liability company, and WENTWOOD CAPITAL ADVISORS, LP, a Texas limited partnership,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:19-cv-03171<br>(Judge Mary M. Rowland) |

**STIPULATION REGARDING BRIEFING**

The parties hereto, by and through their undersigned counsel of record, hereby stipulate, pursuant to their February 14, 2020, joint status report to the Court (Docket No 88) and the Court's February 18, 2020, Minute Order (Docket No 89), that Wentwood Capital Advisors' motion to dismiss for lack of personal jurisdiction and for an evidentiary hearing (Docket No. 32) and Nationwide Affordable Housing Fund 4, LLC's and SCDC, LLC's (the "Limited Partners") motion to dismiss based on the "first-filed rule" (Docket No. 33) shall be decided based on the below-listed submissions by the parties in *Nationwide Affordable Housing Fund 4, LLC et al. v. Urban 8 Danville Corporation, et al.*, Court File No. 2:19-cv-07259, also assigned to this Court:

    (1)    Urban 8 Danville Corporation's and Urban 8 Macomb Corporation's (the "General

Partners") 11/13/2019 motion to dismiss and supporting declaration (Docket Nos. 24-25) (raising the mirror image and identical arguments and issues as raised by the Limited Partners' motion to dismiss under the "first-filed rule"); the Limited Partners' 12/12/2019 response and supporting declaration (Docket Nos. 49-50); and the General Partners' 12/19/2019 reply (Docket No. 52); and

(2)     Wentwood Capital Advisors' 12/4/2019 motion to dismiss claims and for an evidentiary hearing and supporting declaration (Docket Nos. 38-43); the General Partners' 1/31/2020 response and supporting documents (Docket Nos. 56-58); and Wentwood Capital Advisors' 2/14/2020 reply and reply declarations (Docket Nos. 65-67).

It is the parties' understanding from the Court's Minute Order that the Court will decide the motions without oral argument.

                                   **STOEL RIVES LLP**

DATED:  March 3, 2020              /s/ Marc A. Al
                                   Marc A. Al  (MN ID 247923)
                                   33 South Sixth Street, Suite 4200
                                   Minneapolis, MN  55402
                                   Telephone:   (612) 373-8801
                                   Facsimile:   (612) 373-8881
                                   marc.al@stoel.com

**KOSLOW LAW LLC**

DATED:  March 3, 2020

/s/  Stephen D. Koslow
Stephen D. Koslow (6225363)
3701 Algonquin Road, Suite 450
Rolling Meadows, IL  60008
Telephone:    (847) 383-7233
sdk@koslowlawllc.com

*Counsel for Nationwide Affordable Housing Fund 4, LLC, and SCDC, LLC, and for Wentwood Capital Advisors, L.P. (appearing specially)*

**WINTHROP & WEINSTINE, P.A.**

Dated:  March 3, 2020

/s/  Christina Rieck Loukas
David A. Davenport (admitted *pro hac vice*)
Christina Rieck Loukas (admitted *pro hac vice*)
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604-6400
Ddavenport@winthrop.com
Cloukas@winthrop.com

-and-

Caitlin Martini Mika
**ARNOLD & PORTER**
70 West Madison Street, Suite 4200
Chicago, IL 60602
Tel: (312) 583-2300
Caitlin.Mika@arnoldporter.com

*Attorneys for Urban 8 Danville Corporation and Urban 8 Macomb Corporation*

## **CERTIFICATE OF SERVICE**

I, Marc A. Al, an attorney, certify that on March 3, 2020, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification to all parties through their registered attorneys of record that this document has been filed and is available for viewing and download.

*/s/  Marc A. Al*

18814913v1

105524891.3 0057054-00006                                4