**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| URBAN 8 DANVILLE CORPORATION, an Illinois corporation, and URBAN 8 MACOMB CORPORATION, an Illinois corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONWIDE AFFORDABLE HOUSING FUND 4, LLC, an Ohio limited liability company, SCDC, LLC, an Ohio limited liability company, and WENTWOOD CAPITAL ADVISORS, LP, a Texas limited partnership,<br><br>    Defendants. | Case No. 1:19-cv-03171<br>Judge Mary M. Rowland<br>Magistrate Judge Jeffrey Cole |

**MOTION OF CHRISTINA RIECK LOUKAS FOR LEAVE TO
WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.17, Christina Rieck Loukas ("Movant") of the law firm Winthrop & Weinstine, P.A. ("Winthrop & Weinstine") hereby moves for leave to withdraw her appearance as counsel for Urban 8 Danville Corporation and Urban 8 Macomb Corporation ("Plaintiffs"). In support thereof, Movant respectfully states as follows:

1. On May 16, 2019, Movant was admitted *pro hac vice* to appear on behalf of Plaintiffs.

2. Movant and Winthrop & Weinstine no longer represent Plaintiffs in this litigation.

3. David A. Davenport and Sean M. Zaroogian of the law firm BC Davenport, LLC and Caitlin Martini Mika of the law firm Arnold & Porter Kaye Scholer LLP will continue to act as counsel to Plaintiffs.

4. Permitting Movant to withdraw as counsel for Plaintiffs will not jeopardize or negatively impact the Plaintiffs' case, and it will not delay or prejudice any other party.

5. For all the above reasons, the Court should grant Movant leave to withdraw her appearance on behalf of Plaintiffs.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter an Order: (a) granting this motion; (b) granting Movant leave to withdraw her appearance as counsel for Plaintiffs; and (c) granting such other relief as the Court deems just and equitable.

Dated: January 28, 2021                                WINTHROP & WEINSTINE, P.A.


*/s/ Christina Rieck Loukas*
Christina Rieck Loukas, (admitted *pro hac vice*)
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Email: cloukas@winthrop.com

-and-

David A. Davenport, (admitted *pro hac vice*)
Sean M. Zaroogian (*pro hac vice* forthcoming)
BC DAVENPORT, LLC
801 S. Marquette Avenue, Suite 200
Minneapolis, MN 55402
Tel: (612) 445-8012
Email: david@bcdavenport.com
Email: sean@bcdavenport.com

-and-

Caitlin Martini Mika
ARNOLD & PORTER
70 West Madison Street, Suite 4200
Chicago, IL 60602
Tel: (312) 583-2300
Email: caitlin.mika@arnoldporter.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Christina Rieck Loukas, hereby certify that on January 28, 2021, the foregoing **MOTION OF CHRISTINA RIECK LOUKAS FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** was filed via the Court's CM/ECF System, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ Christina Rieck Loukas*
Christina Rieck Loukas